IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

HORACE GRAYDON, JR.,

    Petitioner,

vs.

SUZANNE HASTINGS, Warden, and
U.S. PAROLE COMMISSION,

    Respondents.

CIVIL ACTION NO.: CV213-031

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Graydon's petition for writ of mandamus, filed pursuant to 28 U.S.C. § 1361, or in the alternative, a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, is **DENIED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 25 day of June, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)